# United States District Court

### DISTRICT OF ARIZONA

11/22

UNITED STATES OF AMERICA
V.
Carlos RAMIREZ-Morales
Citizen of Mexico
YOB: 1989
087756873
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 09-9257MP

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about June 22, 2009, near Lukeville, Arizona in the District of Arizona, Defendant Carlos RAMIREZ-Morales, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
Javier Sanchez
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 23, 2009                at                Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Carlos RAMIREZ-Morales

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended by the United States Border Patrol two (2) previous occasions.**

**CRIMINAL HISTORY:** None found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Lukeville, Arizona on June 22, 2009.

Charges: 8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____November 23, 2009_____  _____
Date                                                                Signature of Judicial Officer